The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY BIRCHALL, <br><br> Defendant. | NO. CR17-182JLR <br><br> [PROPOSED] ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

THIS COURT, having reviewed the government's motion to dismiss the indictment without prejudice and for the reasons set forth therein, it is hereby ORDERED that the motion is granted and the Indictment against TIMOTHY BIRCHALL is dismissed without prejudice.

DATED this 11th day of September, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

[PROPOSED] ORDER GRANTING MOTION TO DISMISS - 1
BIRCHALL/CR17-182JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970